**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Dustin**<br>First Name<br><br>**Keith**<br>Middle Name<br><br>**Linker**<br>Last Name | **Jamie**<br>First Name<br><br>**Pettyjohn**<br>Middle Name<br><br>**Linker**<br>Last Name |
| | Bring your picture identification to your meeting with the trustee. | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | **Jamie**<br>First Name<br><br>_____<br>Middle Name<br><br>**Smart**<br>Last Name<br><br>**Jamie**<br>First Name<br><br>_____<br>Middle Name<br><br>**Pettyjohn**<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 9 9 4<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – 5 4 2 4<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

**Big Tex Plumbing & HVAC**
Business name

_____
Business name

_____
Business name

4 5 – 2 8 1 9 5 5 1
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

**Big Tex Plumbing & HVAC**
Business name

_____
Business name

_____
Business name

4 5 – 2 8 1 9 5 5 1
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**921 W. 6th Street**
Number     Street

_____

_____

**Idalou          TX     79329**
City                State    ZIP Code

**Lubbock**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                      State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number     Street

_____

_____

_____
City                State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                      State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

_Check one:_

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

_Check one:_

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

_Check one:_  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

| | |
|---|---|
| **8.** **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY if known

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.
☑ Yes. Name and location of business

Name of business, if any

**921 W. 6th Street**
Number     Street

**Idalou**                **TX**        **79329**
City                      State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number     Street

City                      State   ZIP Code

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|-------|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No

☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Dustin Keith Linker** _____   X **/s/ Jamie Pettyjohn Linker** _____

Dustin Keith Linker, Debtor 1                          Jamie Pettyjohn Linker, Debtor 2

Executed on **11/23/2020** _____              Executed on **11/23/2020** _____
MM / DD / YYYY                                                  MM / DD / YYYY

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**                                      Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X **/s/ Sam C. Gregory** _____     Date **11/23/2020** _____
    Signature of Attorney for Debtor                        MM / DD / YYYY

**Sam C. Gregory** _____
Printed name

**Sam C. Gregory, PLLC** _____
Firm Name

**2742 82nd Street** _____
Number       Street

_____

_____

**Lubbock** _____ **TX** _____ **79423-1428** _____
City                                   State        ZIP Code

Contact phone **(806) 687-4357** _____     Email address _____

**00792547** _____ **TX** _____
Bar number                                   State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$30,271.38** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$61,259.62** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$62,375.59** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$115,077.29** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$62,267.86** |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Unemployment**<br>**Child Support** | **$13,194.00**<br>**$6,666.90** | **IRA Withdrawal** | **$3,107.97** |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__ )<br>YYYY | **Child Support**<br>**Sale of Personal Property** | **$4,265.48**<br>**$80,000.00** |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__ )<br>YYYY | **Child Support** | **$4,104.66** |  |  |

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Premier Capital Funding, LLC v. Big Tex Plumbing & HVAC, Inc. d/b/a: Big Tex Plumbing & HVAC and Kyle D Zimmerman and Jamie P Linker** | Collections Action | **Supreme Court of the State of New York**<br>Court Name<br>**360 Adams Street**<br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number  **500876/2020** | | **Brooklyn**        **NY**   **11201**<br>City              State   ZIP Code | |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**      Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Silverline Services, Inc. v. Big Tex Plumbing & HVAC Inc., Kyle Zimmerman and Jamie Linker**<br><br>Case number **607345/2020** | **Collections Action** | **Supreme Court of the State of New York, Nassau County**<br>Court Name<br>**P.O. Box 605**<br>Number   Street<br><br>**New York**    **NY**   **10038**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **First Bank & Trust v. Big Tex Plumbing & HVAC, Inc., Dustin Linker, Individually, Jamie Pettyjohn Linker, Individually, Kyle Cosby, Individually, and Kyle Zimmerman, Individually**<br><br>Case number **2020-541,308** | **Collections Action** | **99th District Court, Lubbock County, TX**<br>Court Name<br>**P.O. Box 10536**<br>Number   Street<br><br>**Lubbock**    **TX**   **79408**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**            Case number (if known)

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **First Baptist Church** <br> Charity's Name <br><br> **521 Tilford** <br> Number   Street <br><br><br> **Ralls**      **TX**    **79357** <br> City       State    ZIP Code | **Contributions of various amounts aggregating approximately $2,942.00 over the last 2 years preceding the filing of this case.** | **Various** | **$2,942.00** |

---

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Property damage to debtors' homestead from storm in May, 2020** | **Claim pending with homeowners' insurance company (Travelers) -- insurance has made partial payments to compensate for repairs, but repairs are not yet complete.** | **05/2020** | **$200,000.00** |

---

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Sam C. Gregory, PLLC** <br> Person Who Was Paid <br><br> **2742 82nd Street** <br> Number   Street <br><br><br> **Lubbock**     **TX**    **79423-1428** <br> City       State    ZIP Code <br><br> Email or website address <br><br><br> Person Who Made the Payment, if Not You | **$4,016.00 in payment of attorney fees plus additional funds to pay for court filing fee, credit report, IRS Tax Transcripts, Credit Counseling Certificate(s), and Financial Management Course** | **01/22/2020** <br><br> **Various** | **$1,000.00** <br><br> **$3,016.00** |

---

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jay Treadaway**<br>Person Who Received Transfer<br><br>**908 S. Ike**<br>Number    Street<br><br>_____<br>**Monahans**    **TX**    **79756**<br>City    State    ZIP Code<br><br>Person's relationship to you **Debtor's Step-Fa**[ther] | **2000 Crownline Boat (value of $16,500.00); 2018 Crossroads Volante Travel Trailer (value of $26,000); and 2018 Can Am ATV (value of $7,000.00)** | **Total sales proceeds: $80,000 Proceeds used to pay off lienholders on the 3 items sold with balance of proceeds used to pay ordinary living expenses.** | **10/15/2019** |
| **Kyle Zimmerman**<br>Person Who Received Transfer<br><br>**46 E. Canyonview Dr.**<br>Number    Street<br><br>_____<br>**Ransom Canyon**    **TX**    **79366**<br>City    State    ZIP Code<br><br>Person's relationship to you **None** | **100,000 shares of common stock in Big Tex Plumbing & HVAC, Inc. (representing approximately 1/3 of the outstanding shares) Value: $0.00** | **Net Received: $0.00** | **1/20/2020** |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Edwards Jones** <br> Name of Financial Institution <br> **5424 19th Street** <br> Number    Street <br> **Suite 100** <br> **Lubbock**    **TX**    **79407** <br> City    State    ZIP Code | XXXX- **1  2  1  8** | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☒ Other  **IRA** | **5/5/2020** | **$3,170.97** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☒ No
   ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

   ☒ No
   ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ☒ No
   ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☒ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.
   ☒ Yes. Check all that apply above and fill in the details below for each business.

| | |
|---|---|
| **Big Tex Plumbing & HVAC, Inc.**<br>Business Name | **Describe the nature of the business** Plumbing & HVAC -- Debtors formerly owned approximately 1/3 of the oustanding shares in this business until January, 2020 when they transferred the shares to the majority shareholder (Kyle Zimmerman). |
| **formerly at 2909 Interstate 27**<br>Number   Street | |
| **Lubbock   TX   79404**<br>City   State   ZIP Code | **Name of accountant or bookkeeper** **Patrick Spear** |

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 4 5 – 2 8 1 9 5 5 1

**Dates business existed**

From 2011 To Present

Debtor 1  **Dustin Keith Linker**

Debtor 2  **Jamie Pettyjohn Linker**

Case number (if known) _____

| | |
|---|---|
| **Jamie Linker (Self-Employed)** | Describe the nature of the business |
| Business Name | **Sales of Pure Romance products** |
| **921 W. 6th Street** | |
| Number     Street | Name of accountant or bookkeeper |

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  ___  ___  —  ___  ___  ___  ___  ___  ___  ___

Dates business existed

From  **01/2020**  To  **Present**

**Idalou**          **TX**    **79329**
City                State    ZIP Code

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes.  Fill in the details below.

| | Date issued |
|---|---|
| **First Bank & Trust** | **12/31/2019** |
| Name | |
| **9816 Slide Road** | |
| Number     Street | |
| | |
| **Lubbock**          **TX**    **79424** | |
| City                State    ZIP Code | |

| | Date issued |
|---|---|
| **Amarillo National Bank** | **12/31/2019** |
| Name | |
| **1001 Main Street** | |
| Number     Street | |
| | |
| **Lubbock**          **TX**    **79401** | |
| City                State    ZIP Code | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Dustin Keith Linker**                    X **/s/ Jamie Pettyjohn Linker**
   Dustin Keith Linker, Debtor 1                       Jamie Pettyjohn Linker, Debtor 2

   Date  **11/23/2020**                              Date  **11/23/2020**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____          Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="4"><b>Fill in this information to identify your case:</b></td></tr>
<tr><td>Debtor 1</td><td><b>Dustin</b></td><td><b>Keith</b></td><td><b>Linker</b></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td><b>Jamie</b></td><td><b>Pettyjohn</b></td><td><b>Linker</b></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <b>NORTHERN DISTRICT OF TEXAS</b></td></tr>
<tr><td colspan="4">Case number (if known) _____</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| **1.** Schedule A/B: Property (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$200,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | **$122,687.95** |
| 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | **$322,687.95** |

## Part 2:    Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| **2.** Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$259,005.42** |
| **3.** Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$45,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$869,693.23** |
| **Your total liabilities** | **$1,173,698.65** |

## Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| **4.** Schedule I: Your Income (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I........................................................................... | **$4,896.29** |
| **5.** Schedule J: Your Expenses (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J............................................................................... | **$4,882.74** |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**
_____    Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

Total claim

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                    _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)            _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  _____

9d.  Student loans.  (Copy line 6f.)                                                   _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)   _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   + _____

9g.  **Total.**  Add lines 9a through 9f.                                              _____

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** First Name | **Keith** Middle Name | **Linker** Last Name |
| Debtor 2 (Spouse, if filing) | **Jamie** First Name | **Pettyjohn** Middle Name | **Linker** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**921 W. 6th Street**
Street address, if available, or other description

_____

**Idalou**          **TX**   **79329**
City               State  ZIP Code

**Lubbock**
County

**Homestead**

**What is the property?**
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **R94530**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
   (see instructions)

**Lot One Hundred Sixteen (116), Idalou Gardens, an Addition to the City of Idalou, Lubbock County, Texas, according to the Map, Plat and/or Dedication Deed thereof recorded in Volume 1084, Page 389 of the Deed Records of Lubbock County, Texas.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................... ➔

| **$200,000.00** |
|---|

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**

Case number (if known) _____

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐  No
☑  Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Ford** | ☑ Debtor 1 only | | |
| Model: | **F-250** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **140,285** | ☐ At least one of the debtors and another | **$17,900.00** | **$17,900.00** |

Other information:
**2012 Ford F-250 (approx. 140,285 miles)**

☐  **Check if this is community property** (see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | | |
| Model: | **Acadia** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **50,000** | ☑ At least one of the debtors and another | **$28,800.00** | **$28,800.00** |

Other information:
**Joint title in a 2018 GMC Acadia (approx. 50,000 miles) aling with Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC**

☐  **Check if this is community property** (see instructions)

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | | |
| Model: | **Yukon** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **60,000** | ☑ At least one of the debtors and another | **$38,000.00** | **$38,000.00** |

Other information:
**Joint title in a 2018 GMC Yukon (approx. 60,000 miles) along with Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC**

☐  **Check if this is community property** (see instructions)

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

| 4.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Heartland** | ☐ Debtor 1 only | |
| Model: | **Pioneer Camper** | ☑ Debtor 2 only | |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |

Other information:
**Joint Debtor holds legal title in a 2018 Heartland Pioneer Camper. It is located at Almost Home RV Park, Lubbock, TX. However, 100% of equitable title resides in Joint Debtor's father-in-law (Randy Linker) as he paid the entire purchase price, has possession of it, resides in it as his principal residence, and pays for insurance & maintenance.**

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$8,000.00**
Current value of the portion you own? **$0.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................➔ **$84,700.00**

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **See continuation page(s).**                     **$7,145.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **3 Computers, 1 Televison**                     **$480.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... **Misc. Bats and Gloves, 5 Bicycles**             **$400.00**

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe..... | **See continuation page(s).** | **$900.00**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | **His & Her Personal Clothing** | **$900.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | **His & Her Personal Jewelry** | **$3,030.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... | **3 Dogs** | **$620.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................................................... → | **$13,475.00**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................................. Cash: .......................... | **$39.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.......................... | Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **City Bank account # XXXXXX0578** | $698.96 |
| 17.2. | Checking account: | **Wells Fargo account # XXXXXX6562** | $996.34 |
| 17.3. | Checking account: | **Credit Union of Texas account #8215** | $5.00 |
| 17.4. | Savings account: | **City Bank account # XXXXXX1301** | $0.29 |

Debtor 1   **Dustin Keith Linker**
Debtor 2   **Jamie Pettyjohn Linker** _____   Case number (if known) _____

| | | | |
|---|---|---|---|
| 17.5. | Savings account: | **City Bank account # XXXXXX1328** | **$0.32** |
| 17.6. | Savings account: | **City Bank account # XXXXXX1336** | **$0.33** |
| 17.7. | Savings account: | **City Bank account # XXXXXX1344** | **$0.34** |
| 17.8. | Savings account: | **City Bank account # XXXXXX8446** | **$0.61** |

**18.  Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes........................... Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☑ No
   ☐ Yes.  Give specific
      information about
      them......................... Name of entity:                          % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes.  Give specific
      information about
      them......................... Issuer name:

**21.  Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
             profit-sharing plans
   ☑ No
   ☐ Yes.  List each
      account separately.    Type of account:        Institution name:

**22.  Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others
   ☑ No
   ☐ Yes........................... Institution name or individual:

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes........................... Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☑ No
   ☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☑ No
   ☐ Yes.  Give specific
      information about them

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☑ No
   ☐ Yes.  Give specific
      information about them

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**
_____ Case number (if known) _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
   information about them _____ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years.....................

| **Federal: Estimated Tax Refund for Tax Year 2019 (Return not yet filed). Amt: $10,000.00** | Federal: | **$15,000.00** |
| --- | --- | --- |
| | State: | **$0.00** |
| **Federal: Estimated Tax Refund for Tax Year 2020 (Return not yet filed -- tax year not yet complete). Amt: $5,000.00** | Local: | **$0.00** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☑ Yes. Give specific information

| **Support: Delinquent Child Support owed to Debtor by Amber Linker. Amt: $7,001.76** | Alimony: | **$0.00** |
| --- | --- | --- |
| | Maintenance: | **$0.00** |
| | Support: | **$7,001.76** |
| | Divorce settlement: | **$0.00** |
| | Property settlement: | **$0.00** |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information

| **Claim against homeowners insurance and contractor related to storm damage to home and repair work performed (May, 2020)** | **Unknown** |
| --- | --- |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance
   company of each policy
   and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Joint Debtor is insured under a term life policy issued by Farm Bureau with a face value of $100,000.00. (monthly premium is approximately $17.01)** | **Serena Pettyjohn** | **$0.00** |

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☐ No
    ☑ Yes. Give specific information

    | | |
    |---|---|
    | **Life Insurance proceeds in the amount of $100,000 from a life policy insuring Joint Debtor's former deceased husband (Jason Smart). Mr. Smart passed away 10/4/2012 and Joint Debtor has been trying to collect proceeds for the last 8 years. She hired Darrell Carey, attorney in Canyon, TX to represent her in prosecuting this claim.  However, for the past 4 years she has been unable to reach anyone with the attorney's office who is willing to talk to her about her case.  There was mention of a federal lawsuit having been filed, but she was never provided a copy of the petition and can not find a record on PACER of one having been filed.  In Joint Debtor's opinion, the probabllility of collection from the insurance company is minimal.  Also, given the passage of time there may be statute of limitations issues with respect to pursuing her attorney for malpractice.** | **Unknown** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........ _____    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........ _____    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information _____    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................➔    | **$23,742.95** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe.. _____    _____

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**         Case number (if known) _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe.. _____  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☒ No
    ☐ Yes. Describe.. _____  _____

41. **Inventory**

    ☐ No
    ☒ Yes. Describe.. **Misc. items of Pure Romance inventory**   $770.00

42. **Interests in partnerships or joint ventures**

    ☒ No
    ☐ Yes. Describe..... Name of entity:            % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☒ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.... _____  _____

44. **Any business-related property you did not already list**

    ☒ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................➔   $770.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
              **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

                                                    **Current value of the portion you own?**
                                                  Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☒ No
    ☐ Yes.... _____  _____

48. **Crops--either growing or harvested**

    ☒ No
    ☐ Yes. Give specific information............... _____  _____

---

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker** _____    Case number (if known) _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes.... [_____]   _____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes.... [_____]   _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific information................ [_____]   _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**....................................................................... → | **$0.00** |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................. → | **$0.00** |

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................... →   $200,000.00

56. **Part 2: Total vehicles, line 5**     $84,700.00

57. **Part 3: Total personal and household items, line 15**     $13,475.00

58. **Part 4: Total financial assets, line 36**     $23,742.95

59. **Part 5: Total business-related property, line 45**     $770.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61. **Part 7: Total other property not listed, line 54**   +     $0.00

62. **Total personal property.**    Add lines 56 through 61.................. | $122,687.95 |   Copy personal property total →   +   $122,687.95

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62........................................... | **$322,687.95** |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**                                          Case number (if known)

6.   **Household goods and furnishings (details):**

| | |
|---|---:|
| **Bed, Dresser, Chest, Night Stand, Lamp, Desk** | **$255.00** |
| **Bed, Dresser** | **$100.00** |
| **Bed, Dresser, Night Stand** | **$65.00** |
| **Bed** | **$25.00** |
| **Side Chair, End Table, Lamp, 2 Sofa Tables** | **$185.00** |
| **Sectional Sofa** | **$3,000.00** |
| **Stove, Refrigerator, Dishwasher, Trash Compactor, Microwave Oven, Small Appliances, Pots and Pans, Dishes and Glassware, Flatware, Table and Chairs** | **$1,545.00** |
| **Towels & linens, Toilette articles** | **$100.00** |
| **Washer, Dryer, Freezer, Misc. Garden Tools, Misc. Electric Tools, Lawn Mower** | **$800.00** |
| **Bench, Grill, Patio Furniture, Desk, TV Trays, Fireplace Tools, Artwork, Decorations, 2 Paper Shredders, Hope Chest** | **$1,070.00** |

10.  **Firearms (details):**

| | |
|---|---:|
| **9mm Ruger handgun ($200)** **40 caliber Ruger handgun ($150)** | **$350.00** |
| **.22 Cricket rifle ($50)** **Sandman silencer ($500)** | **$550.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Homestead**<br>**Lot One Hundred Sixteen (116), Idalou Gardens, an Addition to the City of Idalou, Lubbock County, Texas, according to the Map, Plat and/or Dedication Deed thereof recorded in Volume 1084, Page 389 of the Deed Records of Lubbock County, Texas. Parcel: R94530**<br>Line from *Schedule A/B*: __1.1__ | **$200,000.00** | ☑ **$43,747.85**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**
_____   Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2012 Ford F-250 (approx. 140,285 miles) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.1** | **$17,900.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2012 Ford F-250 (approx. 140,285 miles) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.1** | **$17,900.00** | ☑ **$5,826.05**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Bed, Dresser, Chest, Night Stand, Lamp, Desk**<br>Line from *Schedule A/B*:   **6** | **$255.00** | ☑ **$255.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bed, Dresser**<br>Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bed, Dresser, Night Stand**<br>Line from *Schedule A/B*:   **6** | **$65.00** | ☑ **$65.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bed**<br>Line from *Schedule A/B*:   **6** | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Side Chair, End Table, Lamp, 2 Sofa Tables**<br>Line from *Schedule A/B*:   **6** | **$185.00** | ☑ **$185.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Sectional Sofa**<br>Line from *Schedule A/B*:   **6** | **$3,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Stove, Refrigerator, Dishwasher, Trash Compactor, Microwave Oven, Small Appliances, Pots and Pans, Dishes and Glassware, Flatware, Table and Chairs**<br>Line from *Schedule A/B*:   **6** | **$1,545.00** | ☑ **$1,545.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Towels & linens, Toilette articles**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Washer, Dryer, Freezer, Misc. Garden Tools, Misc. Electric Tools, Lawn Mower**<br>Line from *Schedule A/B*: __6__ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Bench, Grill, Patio Furniture, Desk, TV Trays, Fireplace Tools, Artwork, Decorations, 2 Paper Shredders, Hope Chest**<br>Line from *Schedule A/B*: __6__ | $1,070.00 | ☑ $1,070.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**3 Computers, 1 Televison**<br>Line from *Schedule A/B*: __7__ | $480.00 | ☑ $480.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Misc. Bats and Gloves, 5 Bicycles**<br>Line from *Schedule A/B*: __9__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**9mm Ruger handgun ($200)<br>40 caliber Ruger handgun ($150)**<br>Line from *Schedule A/B*: __10__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**.22 Cricket rifle ($50)<br>Sandman silencer ($500)**<br>Line from *Schedule A/B*: __10__ | $550.00 | ☑ $550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**His & Her Personal Clothing**<br>Line from *Schedule A/B*: __11__ | $900.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**His & Her Personal Jewelry**<br>Line from *Schedule A/B*: __12__ | $3,030.00 | ☑ $3,030.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**3 Dogs**<br><br>Line from *Schedule A/B*: __13__ | **$620.00** | ☑ **$620.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cash on hand**<br><br>Line from *Schedule A/B*: __16__ | **$39.00** | ☑ **$39.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX0578**<br><br>Line from *Schedule A/B*: __17.1__ | **$698.96** | ☑ **$698.96**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX1301**<br><br>Line from *Schedule A/B*: __17.4__ | **$0.29** | ☑ **$0.29**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX1328**<br><br>Line from *Schedule A/B*: __17.5__ | **$0.32** | ☑ **$0.32**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX1336**<br><br>Line from *Schedule A/B*: __17.6__ | **$0.33** | ☑ **$0.33**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX1344**<br><br>Line from *Schedule A/B*: __17.7__ | **$0.34** | ☑ **$0.34**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank account # XXXXXX8446**<br><br>Line from *Schedule A/B*: __17.8__ | **$0.61** | ☑ **$0.61**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Wells Fargo account # XXXXXX6562**<br><br>Line from *Schedule A/B*: __17.2__ | **$996.34** | ☑ **$996.34**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | | *Check only one box for each exemption* | |
| Brief description:<br>**Credit Union of Texas account #8215**<br><br>Line from *Schedule A/B*: __**17.3**__ | $5.00 | ☑<br>☐ | $5.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Delinquent Child Support owed to Debtor by Amber Linker.**<br><br>Line from *Schedule A/B*: __**29**__ | $7,001.76 | ☑<br>☐ | $7,001.76<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(D)** |
| Brief description:<br>**Claim against homeowners insurance and contractor related to storm damage to home and repair work performed (May, 2020)**<br>Line from *Schedule A/B*: __**30**__ | Unknown | ☐<br>☑ | 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**Joint Debtor is insured under a term life policy issued by Farm Bureau with a face value of $100,000.00. (monthly premium is approximately $17.01)<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __**31**__ | $0.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| Brief description:<br>**Joint Debtor is insured under a term life policy issued by Farm Bureau with a face value of $100,000.00. (monthly premium is approximately $17.01)<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __**31**__ | $0.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description:<br>**Misc. items of Pure Romance inventory**<br><br>Line from *Schedule A/B*: __**41**__ | $770.00 | ☑<br>☐ | $734.91<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:     List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| **Ally Financial** | **$40,919.00** | **$28,800.00** | **$12,119.00** |

Creditor's name
**Attn: Bankruptcy Dept**

Number     Street
**P.O. Box 380902**

**2018 GMC Acadia (approx. 50,000 miles)**

_____

| **Bloomington** | **MN** | **55438-0902** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates**
   **to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Certificate of Title**

Date debt was incurred     **4/16/2018**     Last 4 digits of account number     **8     3     5     2**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$40,919.00** |
|---|

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.2**

**Conns**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**Bldg 4, Ste 800**

_____

**2445 Technology Forest Blvd.**

**The Woodlands    TX    77381**
City              State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 7/11/2019

Describe the property that
secures the claim:

**Sectional Sofa**

| $3,760.32 | $3,000.00 | $760.32 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number** 3  3  7  0

**2.3**

**Credit Union of Texas**
Creditor's name
**P.O. Box 7000**
Number   Street

_____

**Allen                TX    75013-1305**
City              State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2/25/2016

Describe the property that
secures the claim:

**2012 Ford F-250 (approx. 140,285 miles)**

| $8,073.95 | $17,900.00 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Certificate of Title**

**Last 4 digits of account number** 0  0  4  1

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $11,834.27 |
|---|

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Flagstar Bank**
Creditor's name
**Attn: Mortgage Servicing**
Number    Street
**E115-3**

**5151 Corporate Drive**

**Troy**          **MI**   **48098-2639**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **4/7/2017**

Describe the property that secures the claim:
**Homestead**                $152,249.09    $200,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Deed of Trust**

Last 4 digits of account number    **1  7  3  5**

**2.5**

**GM Financial**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**P.O. Box 183853**

**Arlington**        **TX**   **76096**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **4/16/2018**

Describe the property that secures the claim:
**2018 GMC Yukon (approx. 60,000 miles)**        $50,000.00    $38,000.00    $12,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Certificate of Title**

Last 4 digits of account number    ___ ___ ___ ___

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.
Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$202,249.09**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.6 |

| Describe the property that secures the claim: | $4,003.06 | $200,000.00 |

**Lubbock Central App. Dist.**
Creditor's name
**c/o Laura Monroe**
Number    Street
**P.O. Box 817**

**Homestead**

_____

| **Lubbock** | **TX** | **79408** |
City | State | ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Property Taxes**

Last 4 digits of account number    4  5  3  0

---

Add the dollar value of your entries in Column A on this page. Write that number here:

| $4,003.06 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $259,005.42 |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

---

## Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

| | |
|---|---|
| **1** **Ally Financial** | On which line in Part 1 did you enter the creditor?  **2.1** |
| Name | |
| **Attn: Bankruptcy Dept** | Last 4 digits of account number  ___ ___ ___ ___ |
| Number     Street | |
| **P.O. Box 380901** | |
| | |
| **Bloomington**          **MN**    **55438** | |
| City                          State      ZIP Code | |

| | |
|---|---|
| **2** **Credit Union of Texas** | On which line in Part 1 did you enter the creditor?  **2.3** |
| Name | |
| **Attn: Bankruptcy** | Last 4 digits of account number  ___ ___ ___ ___ |
| Number     Street | |
| **P.O. Box 517028** | |
| | |
| **Dallas**          **TX**    **75251** | |
| City                          State      ZIP Code | |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Dustin** | **Keith** | **Linker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $40,000.00 | $40,000.00 | $0.00 |

**IRS (Internal Revenue Service)**
Priority Creditor's Name
**Special Procedures-Insolvency**
Number          Street
**P.O. Box 7346**

**Philadelphia          PA     19101-7346**
City                    State   ZIP Code

Last 4 digits of account number      9   5   5   1

When was the debt incurred?      **2019**

**Who incurred the debt?**     Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Potential claim for trust fund portion of 941 tax owed by Big Tex Plumbing & HVAC**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC. Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** | | |
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | **$5,000.00** | **$5,000.00** | **$0.00** |

**2.2**

**Texas Comptroller of Public Accounts**
Priority Creditor's Name
**c/o Office of the Attorney General**
Number        Street
**Bankruptcy Division MC-008**

**PO Box 12548**

**Austin**               **TX**   **78711-2548**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

Potential claim for sales tax owed by Big Tex Plumbing & HVAC

Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.
Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**                   Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**

| | | |
|---|---|---|
| **ADT** | | **$1,041.89** |

Nonpriority Creditor's Name

**921 W 6th Street**

Number     Street

**Idalou        TX     79329-9044**

City          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **4  7  7  4**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Security Monitoring**

---

**4.2**

| | | |
|---|---|---|
| **AES** | | **$57,729.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number     Street

**P.O. Box 2461**

**Harrisburg       PA     17105**

City          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

---

| Debtor 1 | **Dustin Keith Linker** |
|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$2,127.82**

**Ahern Rentals**
Nonpriority Creditor's Name
**P.O. Box 271390**
Number     Street

_____

**Las Vegas          NV     89127-1390**
City               State   ZIP Code

Last 4 digits of account number    **9  8  5  2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.4**

**$214,992.91**

**Amarillo National Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. Box 1**

_____

**Amarillo          TX     79105**
City               State   ZIP Code

Last 4 digits of account number    **6  4  4  9**

When was the debt incurred?    **11-19-2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.5 | |
| --- | --- |

**$13,073.25**

**Amarillo National Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. Box 1**

**Amarillo                    TX        79105**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **1   3   2   1**
When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Banking Overdraft**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

| 4.6 | |
| --- | --- |

**$3,688.38**

**American Express**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number     Street
**P.O. Box 981540**

**El Paso                      TX        79998**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**91009**

Last 4 digits of account number     **5   0   6   3**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Revolving Account**

---

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.7 | | **$10,087.00** |

**American Express**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number        Street
**P.O. Box 981540**

**El Paso          TX      79998**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   8   7   3**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Revolving Account**

| 4.8 | | **$2,461.92** |

**ASCO Equipment**
Nonpriority Creditor's Name
**108 S Maple Street**
Number        Street

**Clovis          NM      88101**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   6   0   4**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all**
**entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1  **Dustin Keith Linker**
Debtor 2  **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.9 | | **$1,949.00** |
|---|---|---|

**Best Buy / Citibank**
Nonpriority Creditor's Name
**5800 S Corporate Pl**
Number      Street
_____

**Sioux Falls**      **SD**   **57108**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3   6   6   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

| 4.10 | | **$893.40** |
|---|---|---|

**Border States Industries, Inc.**
Nonpriority Creditor's Name
**P.O. Box 201889**
Number      Street
_____

**Dallas**      **TX**   **75320-1889**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   3   8   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.11**

$246.53

**Burlington / Comenity Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number      Street
**P.O. Box 182125**

**Columbus           OH     43218**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2 3 7 1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Revolving Account**

---

**4.12**

$2,652.06

**C & M Wholesale Supply, Inc.**
Nonpriority Creditor's Name
**P.O. Box 3275**
Number      Street

**Lubbock             TX     79452**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5 0 5 2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.13

**Cabela's / Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**P.O. Box 30285**

**Salt Lake City            UT      84130-0285**
City                        State    ZIP Code

$958.00

Last 4 digits of account number    **9   5   1   7**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Revolving Account**

### 4.14

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**P.O. Box 30285**

**Salt Lake City            UT      84130-0285**
City                        State    ZIP Code

$593.48

Last 4 digits of account number    **6   7   2   8**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Revolving Account**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**

**$37,607.77**

| | |
|---|---|
| **Capital One** | Last 4 digits of account number   **0**   **5**   **5**   **9** |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy** | When was the debt incurred? _____ |
| Number    Street | |
| **P.O. Box 30285** | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Salt Lake City**    **UT**    **84130-0285** | |
| City    State    ZIP Code | Type of NONPRIORITY unsecured claim: |
| **Who incurred the debt?**    Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ At least one of the debtors and another | ☑ Other. Specify |
| ☐ **Check if this claim is for a community debt** | **Revolving Account** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtor has any express or implied personal liability.**

**4.16**

**$3,242.00**

| | |
|---|---|
| **Capital One** | Last 4 digits of account number   **2**   **8**   **5**   **7** |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy** | When was the debt incurred? _____ |
| Number    Street | |
| **P.O. Box 30285** | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Salt Lake City**    **UT**    **84130-0285** | |
| City    State    ZIP Code | Type of NONPRIORITY unsecured claim: |
| **Who incurred the debt?**    Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☑ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ **Check if this claim is for a community debt** | **Revolving Account** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.17**

$3,016.32

| **Caterpillar Financial** | Last 4 digits of account number | 4 5 8 3 |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **P.O. Box 6403** | When was the debt incurred? | |

Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls          SD        57117-6403**
City                              State       ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.18**

$2,515.41

| **Chase** | Last 4 digits of account number | 7 3 5 8 |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **Attn: Correspondence Dept.** | When was the debt incurred? | |

Number        Street
**P.O. Box 15298**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington          DE        19850-5298**
City                              State       ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Revolving Account**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.19** | | **$703.42**

**Chase**
Nonpriority Creditor's Name
**Attn: Correspondence Dept.**
Number     Street
**P.O. Box 15298**

**Wilmington         DE      19850-5298**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   0   4   1**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving Account**

---

**4.20** | | **$8,583.00**

**David G Halley & Company, Inc.**
Nonpriority Creditor's Name
**302 S.E. Loop 289**
Number     Street

**Lubbock            TX      79404**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.
Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all
entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**                                          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.21 | | **$5,339.08** |
|------|--|---------------|

**Discover**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**P.O. Box 15316**

**Wilmington              DE      19850-5316**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   7   6   9**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

| 4.22 | | **$11,224.00** |
|------|--|----------------|

**Discover**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**P.O. Box 15316**

**Wilmington              DE      19850-5316**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   5   7   1**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.23**                                                              **$1,247.21**

**Distribution International**
Nonpriority Creditor's Name
**9000 Railwood Drive**
Number     Street
_____

**Houston**      **TX**    **77078**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **0**   **7**   **2**   **7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.24**                                                               **$420.66**

**Electracom Supply Inc.**
Nonpriority Creditor's Name
**P.O. Box 16646**
Number     Street
_____

**Lubbock**      **TX**   **79490-6646**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **2**   **3**   **4**   **3**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1  **Dustin Keith Linker**

Debtor 2  **Jamie Pettyjohn Linker**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.25**

                                                                                              **$246.69**

**Fastenal Company**
Nonpriority Creditor's Name
**P.O. Box 978**
_____
Number      Street
_____

**Winona              MN      55987-0978**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **1   8   7   7**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.26**

                                                                                              **$86.76**

**Fed Ex**
Nonpriority Creditor's Name
**P.O. Box 94515**
_____
Number      Street
_____

**Palatine              IL      60094**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   __  __  __  __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| | |
|---|---|
| Debtor 1 | **Dustin Keith Linker** |
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.27**

$62,970.60

**Ferguson**
Nonpriority Creditor's Name
**6002 42nd Street**
Number     Street

_____

**Lubbock**     **TX**     **79407-0000**
City          State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7**   **2**   **0**   **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

**4.28**

$128,079.16

**First Bank & Trust**
Nonpriority Creditor's Name
**9816 Slide Rd**
Number     Street

_____

**Lubbock**     **TX**     **79424**
City          State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2**   **5**   **2**   **7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Lawsuit filed under Cause No. 2020-541,308, 99th District Court of Lubbock County, TX.**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.29 | | **Unknown** |

**First Bank & Trust**
Nonpriority Creditor's Name
**9816 Slide Rd**
Number        Street

**Lubbock                    TX        79424**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   5   7   1**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Collateral (Real Estate) was foreclosed on 5/7/2020**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.30 | | $847.23 |

**First Bank & Trust**
Nonpriority Creditor's Name
**9816 Slide Rd**
Number        Street

**Lubbock                    TX        79424**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   6   0**
**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Bank Overdraft**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | | Case number (if known) |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td colspan="2"></td><td>**Total claim**</td></tr>
<tr><td>4.31</td><td></td><td>$9.87</td></tr>
</table>

**First Bank & Trust**
Nonpriority Creditor's Name
**9816 Slide Rd**
Number          Street

**Lubbock        TX      79424**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _ _ **0  4  0**
**When was the debt incurred?** **2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Bank Overdraft**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

<table>
<tr><td>4.32</td><td></td><td>$5,187.00</td></tr>
</table>

**GM Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**P.O. Box 183853**

**Arlington      TX      76096**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **3  5  7  2**
**When was the debt incurred?** **8/9/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency on Vehicle**

**2018 GMC Sierra Stolen 9/9/2019**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.33**

**Goodman Distribution, Inc.**                           **$8.44**
Nonpriority Creditor's Name
**19001 Kermier Rd.**
Number       Street
_____

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  _____

**Waller              TX      77484**
City                  State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.34**

                                                          **$1,383.46**
**Grainger**
Nonpriority Creditor's Name
**201 Freedom Dr.**
Number       Street
_____

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  _____

**Roanoke              TX      76262**
City                  State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**        Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.35

**$4,297.07**

**Great Plains Equipment Rental**
Nonpriority Creditor's Name

**802 E 34th Street**
Number    Street

_____

**Lubbock**      **TX**    **79404**
City          State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1**   **4**   **8**   **5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.
Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

### 4.36

**$285.00**

**High Plains Concrete**
Nonpriority Creditor's Name

**3200 Canyon Street**
Number    Street

_____

**Plainview**      **TX**    **79072**
City          State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.
Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.37**

**$2,495.00**

**Hoyle Partain & Company, LLC**
Nonpriority Creditor's Name
**2721 81st Street**
Number          Street

_____

**Lubbock          TX     79423**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.38**

**$22,004.83**

**Insco Distributing**
Nonpriority Creditor's Name
**P.O. Box 690610**
Number          Street

_____

**San Antonio          TX     78269**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** __3__ __4__ __1__ __6__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1   **Dustin Keith Linker**
Debtor 2   **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.39 | | $150.74 |
|---|---|---|

**Johnstone Supply**
Nonpriority Creditor's Name
**9311 Broadway, Ste 200**
Number        Street
_____

**San Antonio            TX      78217**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   3   9   0**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.40 | | $16.00 |
|---|---|---|

**Justice / Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**P.O. Box 30285**
_____

**Salt Lake City          UT      84130-0285**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7   8   7   4**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.41

**$2,240.89**

**Kohl's**
Nonpriority Creditor's Name

**Attn: Credit Administrator**
Number        Street

**P.O. Box 3043**

**Milwaukee            WI        53201**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    6    9    6    3

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving Account**

### 4.42

**$32.00**

**Lane Bryant / Comenity Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**
Number        Street

**P.O. Box 182125**

**Columbus              OH        43218**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    5    8    1    1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving Account**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**
Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.43

**$4,946.54**

**Lennox**
Nonpriority Creditor's Name
**1600 Metrocrest Dr.**
Number     Street

_____

**Carrollton          TX     75006**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

4.44

**$90.00**

**Lou's Clinical Lab, Inc.**
Nonpriority Creditor's Name
**3804 21st Street Suite B**
Number     Street

_____

**Lubbock          TX     79410**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.45**

**$4,132.62**

**Lubbock Central App. Dist.**
Nonpriority Creditor's Name
**c/o Laura Monroe**
Number    Street
**P.O. Box 817**

_____

**Lubbock**      **TX**    **79408**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3**   **0**   **7**   **5**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Business Debt / FFM&E tax**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.46**

**$6,524.63**

**Lubbock Electric Co.**
Nonpriority Creditor's Name
**1108 34th Street**
Number    Street

_____

**Lubbock**      **TX**    **79411**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**   **5**   **9**   **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.47 | | $8,217.00 |
|---|---|---|

**Martins Sheet Metal**
Nonpriority Creditor's Name
**P.O. Box 64815**
Number       Street
_____

| **Lubbock** | **TX** | **79464** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2  5  6  4**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all
entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.48 | | $1,717.25 |
|---|---|---|

**McCleskey, Harriger, Brazill & Graf**
Nonpriority Creditor's Name
**5010 University Ave, Suite 500**
Number       Street
_____

| **Lubbock** | **TX** | **79413** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all
entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**      Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.49**

                                                         **$6,705.54**

**Mercury County Insurance**
Nonpriority Creditor's Name
**27200 Tourney Rd., Suite 400**
Number      Street
_____

**Valencia**      **CA**    **91355**
City             State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.50**

                                                         **$39,649.00**

**Morrison Supply Company**
Nonpriority Creditor's Name
**141 East 42nd Street**
Number      Street
_____

**Lubbock**      **TX**    **79404-3401**
City             State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7 4 4 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| | |
|---|---|
| Debtor 1 | **Dustin Keith Linker** |
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.51

**$621.42**

**O'Tool Industries**
Nonpriority Creditor's Name
**P.O. Box 1917**
Number        Street
_____

**Lubbock            TX      79408**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

### 4.52

**$9,794.05**

**Oberkampf Supply of Lubbock**
Nonpriority Creditor's Name
**P.O. Box 98540**
Number        Street
_____

**Lubbock            TX      79499**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **T   E   X   0**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** |
|----------|-------------------------|
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.53**                                    **$437.15**

**Peerless Tires**
Nonpriority Creditor's Name
**2302 50th Street**
Number     Street

**Lubbock**        **TX**     **79412**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.54**                                    **$295.17**

**Plateau Wireless**
Nonpriority Creditor's Name
**3200 Olton Rd.**
Number     Street

**Plainview**        **TX**     **79072**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**                    Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.55**                                                                                  **$18,500.00**

**Premier Capital Funding, LLC**
Nonpriority Creditor's Name
**9265 4th Ave, 2nd Floor**
Number          Street
_____

**Brooklyn          NY     11209**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Debt**

**Lawsuit filed under Cause No. 500876/2020, Supreme Court of the State of New York, King County, NY**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

**4.56**                                                                                  **$2,094.85**

**Quill**
Nonpriority Creditor's Name
**P.O. Box 37600**
Number          Street
_____
_____

**Philadelphia          PA     19101-0600**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3  7  8  1

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.57**

$5,996.86

**Robert Madden Industries**
Nonpriority Creditor's Name
**P.O. Box 64360**
Number     Street
_____
_____
**Lubbock**       **TX**    **79464**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6**   **3**   **4**   **8**

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.58**

$67,921.00

**Silverline Services**
Nonpriority Creditor's Name
**1711 W County Road 140**
Number     Street
_____
_____
**Midland**       **TX**    **79706**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business Debt**

**Lawsuit filed under Cause No. 607345/2020, Supreme Court of New York, Nassau County**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**      Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.59

**$2,239.96**

**Snook & Aderton, Inc.**
Nonpriority Creditor's Name
**1702 Ave F**
Number    Street

**Lubbock**      **TX**    **79401-5241**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**   **0**   **9**   **0**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

### 4.60

**$2,322.27**

**Spartan Tool, LLC**
Nonpriority Creditor's Name
**1506 W Division**
Number    Street

**Mendota**      **IL**    **61342**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **4**   **7**   **9**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.61 | | $1,349.40 |
| --- | --- | --- |

**Sprint**
Nonpriority Creditor's Name
**P.O. Box 629023**
Number      Street
_____

**El Dorado Hill      CA    95762**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9    8    5    2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Telecommunications Service**

| 4.62 | | $15,200.37 |
| --- | --- | --- |

**Square Loan**
Nonpriority Creditor's Name
**29053 Network Place**
Number      Street
_____

**Chicago      IL    60673**
City          State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**                                                                                                            **$713.91**

**Suddenlink**
Nonpriority Creditor's Name
**200 Jericho Quadrangle**
Number          Street

_____

**Jericho                NY        11753-2701**
City                            State        ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    0    1    8**
When was the debt incurred?            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

**4.64**                                                                                                            **$42.96**

**Texas Tool & Equipment**
Nonpriority Creditor's Name
**3102 Ave A**
Number          Street

_____

**Lubbock                TX        79404**
City                            State        ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**                           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.65 | |
|---|---|

$4,141.01

**The Home Depot / Citibank**
Nonpriority Creditor's Name
**Centralized Bankruptcy**
Number        Street
**P.O. Box 790040**

**St. Louis        MO    63179**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.66 | |
|---|---|

$19,511.33

**Trane**
Nonpriority Creditor's Name
**c/o Hutt & Shimanowitz**
Number        Street
**P.O. Box 648**

**Woodbridge        NJ    07095**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** | | |
|---|---|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.67 | | **$478.98** |
|---|---|---|

**Transportation Rental Sales**
Nonpriority Creditor's Name
**3531 2nd Street SW**
Number          Street

_____

**Albuquerque          NM     87105**
City                          State     ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.68 | | **$305.63** |
|---|---|---|

**Uline**
Nonpriority Creditor's Name
**P.O. Box 88741**
Number          Street

_____

**Chicago          IL     60680**
City                          State     ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** |
|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

---

**Part 2:**  Your NONPRIORITY Unsecured Claims -- Continuation Page

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.69 | | **$1,177.86** |
|---|---|---|

**UniFirst Holdings, Inc.**
Nonpriority Creditor's Name
**1727 E 8th Street**
Number        Street
_____

| **Lubbock** | **TX** | **79403** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.70 | | **$64.92** |
|---|---|---|

**United Rentals**
Nonpriority Creditor's Name
**6125 Lakeview Road**
Number        Street
**Suite 300**
_____

| **Charlotte** | **NC** | **28269** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6  4  4  2**
When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| Debtor 1 | **Dustin Keith Linker** |
|---|---|
| Debtor 2 | **Jamie Pettyjohn Linker** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.71 | | **$186.55** |
|---|---|---|

**Verizon Connect Fleet USA, LLC**
Nonpriority Creditor's Name
**1100 Winter Street**
Number        Street
**Suite 4600**
_____

**Waltham                MA        02451**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    4   8   8   1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.72 | | **$1,120.00** |
|---|---|---|

**W&W AFCO Steel**
Nonpriority Creditor's Name
**P.O. Box 2219**
Number        Street
_____

**Lubbock                TX        79408**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    1   4   3   4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.73 | | $16,912.42 |

**Warren Cat**
Nonpriority Creditor's Name
**P.O. Box 842116**
Number        Street
_____

**Dallas                    TX      75284-2116**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1    4    7    6**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

| 4.74 | | $54.97 |

**Watermaster Irrigation Supply**
Nonpriority Creditor's Name
**P.O. Box 64208**
Number        Street
_____

**Lubbock                    TX      79464-4208**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7    1    8    3**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.75** | **$9,000.00**

**Wex**
Nonpriority Creditor's Name
**1 Hancock Street**
Number       Street
_____

**Portland**          **ME**    **04101**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

---

**4.76** | **$493.36**

**Xcel Energy**
Nonpriority Creditor's Name
**P.O. Box 9477**
Number       Street
_____

**Minneapolis**      **MN**    **55484**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Related to the operations of Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC.**
**Even though Big Tex Plumbing & HVAC, Inc. d/b/a Big Tex Plumbing & HVAC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that either debtor has any express or implied personal liability.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker** _____ Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
| --- | --- |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Ainsworth Gorkin PLLC**
Name
**P.O. Box 605**
Number        Street
_____

**New York**          **NY**    **10038**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.58**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**ARS National Services Inc.**
Name
**P.O. Box 469046**
Number        Street
_____

**Escondido**          **CA**    **92046-9046**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.18**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Bigbeee & Curtis, LLC**
Name
**P.O. Box 53068**
Number        Street
_____

**Lubbock**          **TX**    **79453**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.28**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Marvin Ben-Aron, Esq.**
Name
**Attorney at Law**
Number        Street
**2713 Coney Island Ave**
_____

**Brooklyn**          **NY**    **11235**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.55**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$45,000.00** |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$45,000.00** |

|  |  |  | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$57,729.00** |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$811,964.23** |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$869,693.23** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**       **State what the contract or lease is for**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number _____
(if known)

☐ Check if this is an
   amended filing

---

Official Form 106H

## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this
page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No.  Go to line 3.

   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☑ Yes

   In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

   **Jamie Linker (spouse of Debtor 2)**
   Name of your spouse, former spouse, or legal equivalent
   **921 W. 6th Street**
   Number        Street

   _____

   | **Idalou** | **TX** | **79329** |
   |---|---|---|
   | City | State | ZIP Code |

   In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

   **Jamie Pettyjohn Linker (spouse of Debtor 1)**
   Name of your spouse, former spouse, or legal equivalent
   **921 W. 6th Street**
   Number        Street

   _____

   | **Idalou** | **TX** | **79329** |
   |---|---|---|
   | City | State | ZIP Code |

   In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

   **Amber Johnson Linker (former spouse of Debtor 1)**
   Name of your spouse, former spouse, or legal equivalent
   **13801 S. Western**
   Number        Street

   _____

   | **Amarillo** | **TX** | **79118** |
   |---|---|---|
   | City | State | ZIP Code |

---

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**                  Case number (if known) _____

3.    In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**                                  *Column 2:* **The creditor to whom you owe the debt**

                                                                              Check all schedules that apply:

**3.1**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☐ Schedule D, line _____
     ☑ Schedule E/F, line    **4.3**
     ☐ Schedule G, line _____
     **Ahern Rentals**

**3.2**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☑ Schedule D, line    **2.1**
     ☐ Schedule E/F, line _____
     ☐ Schedule G, line _____
     **Ally Financial**

**3.3**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☐ Schedule D, line _____
     ☑ Schedule E/F, line    **4.4**
     ☐ Schedule G, line _____
     **Amarillo National Bank**

**3.4**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☐ Schedule D, line _____
     ☑ Schedule E/F, line    **4.5**
     ☐ Schedule G, line _____
     **Amarillo National Bank**

**3.5**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☐ Schedule D, line _____
     ☑ Schedule E/F, line    **4.8**
     ☐ Schedule G, line _____
     **ASCO Equipment**

**3.6**    **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number    Street
**46 E. Canyonview Drive**

**Ransom Canyon**      **TX**      **79366**
City                       State      ZIP Code

     ☐ Schedule D, line _____
     ☑ Schedule E/F, line    **4.10**
     ☐ Schedule G, line _____
     **Border States Industries, Inc.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| ■ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.7 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.12**
- ☐ Schedule G, line _____

**C & M Wholesale Supply, Inc.**

| 3.8 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.15**
- ☐ Schedule G, line _____

**Capital One**

| 3.9 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.17**
- ☐ Schedule G, line _____

**Caterpillar Financial**

| 3.10 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.20**
- ☐ Schedule G, line _____

**David G Halley & Company, Inc.**

| 3.11 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.23**
- ☐ Schedule G, line _____

**Distribution International**

| 3.12 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | |
| | **Ransom Canyon**      **TX**      **79366** |
| | City      State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.24**
- ☐ Schedule G, line _____

**Electracom Supply Inc.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.13 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.25**

☐ Schedule G, line _____

**Fastenal Company**

| 3.14 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.26**

☐ Schedule G, line _____

**Fed Ex**

| 3.15 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.27**

☐ Schedule G, line _____

**Ferguson**

| 3.16 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.28**

☐ Schedule G, line _____

**First Bank & Trust**

| 3.17 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.29**

☐ Schedule G, line _____

**First Bank & Trust**

| 3.18 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number          Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**          **TX**          **79366** |
| | City                              State          ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.30**

☐ Schedule G, line _____

**First Bank & Trust**

Debtor 1  **Dustin Keith Linker**

Debtor 2  **Jamie Pettyjohn Linker**

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.19  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.31**
- [ ] Schedule G, line _____

**First Bank & Trust**

---

3.20  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [x] Schedule D, line  **2.5**
- [ ] Schedule E/F, line _____
- [ ] Schedule G, line _____

**GM Financial**

---

3.21  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.33**
- [ ] Schedule G, line _____

**Goodman Distribution, Inc.**

---

3.22  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.34**
- [ ] Schedule G, line _____

**Grainger**

---

3.23  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.35**
- [ ] Schedule G, line _____

**Great Plains Equipment Rental**

---

3.24  **Big Tex Plumbing & HVAC, Inc.**
Name
**c/o Kyle Zimmerman, President**
Number      Street
**46 E. Canyonview Drive**

**Ransom Canyon**          **TX**      **79366**
City                                State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.36**
- [ ] Schedule G, line _____

**High Plains Concrete**

---

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.25 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.37**

☐ Schedule G, line _____

**Hoyle Partain & Company, LLC**

| 3.26 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.38**

☐ Schedule G, line _____

**Insco Distributing**

| 3.27 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **2.1**

☐ Schedule G, line _____

**IRS (Internal Revenue Service)**

| 3.28 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.39**

☐ Schedule G, line _____

**Johnstone Supply**

| 3.29 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.43**

☐ Schedule G, line _____

**Lennox**

| 3.30 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number      Street

**46 E. Canyonview Drive**

**Ransom Canyon**     **TX**     **79366**
City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.44**

☐ Schedule G, line _____

**Lou's Clinical Lab, Inc.**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.31 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.45**

☐ Schedule G, line _____

**Lubbock Central App. Dist.**

| 3.32 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.46**

☐ Schedule G, line _____

**Lubbock Electric Co.**

| 3.33 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.47**

☐ Schedule G, line _____

**Martins Sheet Metal**

| 3.34 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.48**

☐ Schedule G, line _____

**McCleskey, Harriger, Brazill & Graf**

| 3.35 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.49**

☐ Schedule G, line _____

**Mercury County Insurance**

| 3.36 | **Big Tex Plumbing & HVAC, Inc.** |
|------|-----------------------------------|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number         Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon           TX           79366** |
| | City                        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line **4.50**

☐ Schedule G, line _____

**Morrison Supply Company**

Debtor 1     **Dustin Keith Linker**

Debtor 2     **Jamie Pettyjohn Linker**
_____     Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.37 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.51**<br>☐ Schedule G, line _____<br>**O'Tool Industries** |
| 3.38 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.52**<br>☐ Schedule G, line _____<br>**Oberkampf Supply of Lubbock** |
| 3.39 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.53**<br>☐ Schedule G, line _____<br>**Peerless Tires** |
| 3.40 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.54**<br>☐ Schedule G, line _____<br>**Plateau Wireless** |
| 3.41 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.55**<br>☐ Schedule G, line _____<br>**Premier Capital Funding, LLC** |
| 3.42 **Big Tex Plumbing & HVAC, Inc.**<br>Name<br>**c/o Kyle Zimmerman, President**<br>Number     Street<br>**46 E. Canyonview Drive**<br><br>**Ransom Canyon**     **TX**     **79366**<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line     **4.56**<br>☐ Schedule G, line _____<br>**Quill** |

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.43 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.57**
☐ Schedule G, line _____
**Robert Madden Industries**

| 3.44 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.58**
☐ Schedule G, line _____
**Silverline Services**

| 3.45 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.59**
☐ Schedule G, line _____
**Snook & Aderton, Inc.**

| 3.46 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.60**
☐ Schedule G, line _____
**Spartan Tool, LLC**

| 3.47 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.62**
☐ Schedule G, line _____
**Square Loan**

| 3.48 | **Big Tex Plumbing & HVAC, Inc.** |
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon** **TX** **79366** |
| | City State ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line **4.63**
☐ Schedule G, line _____
**Suddenlink**

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**                                        Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.49 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **2.2**
- ☐ Schedule G, line _____

**Texas Comptroller of Public Accounts**

| 3.50 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.64**
- ☐ Schedule G, line _____

**Texas Tool & Equipment**

| 3.51 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.65**
- ☐ Schedule G, line _____

**The Home Depot / Citibank**

| 3.52 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.66**
- ☐ Schedule G, line _____

**Trane**

| 3.53 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.67**
- ☐ Schedule G, line _____

**Transporation Rental Sales**

| 3.54 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|

Name

**c/o Kyle Zimmerman, President**
Number        Street
**46 E. Canyonview Drive**

**Ransom Canyon**            **TX**      **79366**
City                               State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.68**
- ☐ Schedule G, line _____

**Uline**

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.55 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.69__
- ☐ Schedule G, line _____

**UniFirst Holdings, Inc.**

| 3.56 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.70__
- ☐ Schedule G, line _____

**United Rentals**

| 3.57 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.71__
- ☐ Schedule G, line _____

**Verizon Connect Fleet USA, LLC**

| 3.58 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.72__
- ☐ Schedule G, line _____

**W&W AFCO Steel**

| 3.59 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.73__
- ☐ Schedule G, line _____

**Warren Cat**

| 3.60 | **Big Tex Plumbing & HVAC, Inc.** |
|---|---|
| | Name |
| | **c/o Kyle Zimmerman, President** |
| | Number     Street |
| | **46 E. Canyonview Drive** |
| | **Ransom Canyon**     **TX**     **79366** |
| | City     State     ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.74__
- ☐ Schedule G, line _____

**Watermaster Irrigation Supply**

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.61**

**Big Tex Plumbing & HVAC, Inc.**
Name

**c/o Kyle Zimmerman, President**
Number    Street

**46 E. Canyonview Drive**

**Ransom Canyon**    **TX**    **79366**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.75**
☐ Schedule G, line _____
**Wex**

---

**3.62**

**Big Tex Plumbing & HVAC, Inc.**
Name

**c/o Kyle Zimmerman, President**
Number    Street

**46 E. Canyonview Drive**

**Ransom Canyon**    **TX**    **79366**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.76**
☐ Schedule G, line _____
**Xcel Energy**

---

**3.63**

**Kyle Cosby**
Name

**3310 47th Street**
Number    Street

**Lubbock**    **TX**    **79413**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.28**
☐ Schedule G, line _____
**First Bank & Trust**

---

**3.64**

**Kyle Cosby**
Name

**3310 47th Street**
Number    Street

**Lubbock**    **TX**    **79413**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.29**
☐ Schedule G, line _____
**First Bank & Trust**

---

**3.65**

**Kyle Zimmerman**
Name

**46 E. Canyonview Drive**
Number    Street

**Ransom Canyon**    **TX**    **79366**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.28**
☐ Schedule G, line _____
**First Bank & Trust**

---

**3.66**

**Kyle Zimmerman**
Name

**46 E. Canyonview Drive**
Number    Street

**Ransom Canyon**    **TX**    **79366**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.58**
☐ Schedule G, line _____
**Silverline Services**

---

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.67 | **Kyle Zimmerman** |
|------|---------------------|

Name

**46 E. Canyonview Drive**

Number      Street

_____

**Ransom Canyon**     **TX**     **79366**

City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.55**

☐ Schedule G, line _____

**Premier Capital Funding, LLC**

| 3.68 | **Kyle Zimmerman** |
|------|---------------------|

Name

**46 E. Canyonview Drive**

Number      Street

_____

**Ransom Canyon**     **TX**     **79366**

City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.29**

☐ Schedule G, line _____

**First Bank & Trust**

| 3.69 | **Kyle Zimmerman** |
|------|---------------------|

Name

**46 E. Canyonview Drive**

Number      Street

_____

**Ransom Canyon**     **TX**     **79366**

City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.4**

☐ Schedule G, line _____

**Amarillo National Bank**

| 3.70 | **Kyle Zimmerman** |
|------|---------------------|

Name

**46 E. Canyonview Drive**

Number      Street

_____

**Ransom Canyon**     **TX**     **79366**

City     State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.66**

☐ Schedule G, line _____

**Trane**

**Fill in this information to identify your case:**

| Debtor 1 | **Dustin** | **Keith** | **Linker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Jamie** | **Pettyjohn** | **Linker** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Water Well Specialist** | **Substitute Teacher** |
| Employer's name | | **Hinton Well Service** | **Idalou ISD** |
| Employer's address | | **617 Ave. E**<br>Number  Street | **601 S, Walnut**<br>Number  Street |
| | | **Ralls** **TX** **79357**<br>City  State  Zip Code | **Idalou** **TX** **79329**<br>City  State  Zip Code |
| How long employed there? | | **6 Weeks** | **1 month** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,466.67** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$400.83** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$3,867.50** | **$0.00** |

Debtor 1 **Dustin Keith Linker**
Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ ➔ | 4. | **$3,867.50** | **$0.00** |
| **5.** List all payroll deductions: |  |  |  |
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$521.21** | **$0.00** |
| **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| **5e.** Insurance | 5e. | **$0.00** | **$0.00** |
| **5f.** Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| **5g.** Union dues | 5g. | **$0.00** | **$0.00** |
| **5h.** Other deductions.<br>Specify: _____ | 5h.**+** | **$0.00** | **$0.00** |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$521.21** | **$0.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$3,346.29** | **$0.00** |
| **8.** List all other income regularly received: |  |  |  |
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| **8b.** Interest and dividends | 8b. | **$0.00** | **$0.00** |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| **8d.** Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| **8e.** Social Security | 8e. | **$0.00** | **$0.00** |
| **8f.** Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | **$0.00** | **$0.00** |
| **8g.** Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| **8h.** Other monthly income.<br>Specify: **Child Support / See continuation sheet** | 8h.**+** | **$850.00** | **$700.00** |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$850.00** | **$700.00** |
| **10. Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$4,196.29** + | **$700.00** = **$4,896.29** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. **+** **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. **$4,896.29**

**Combined monthly income**

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑  No.

☐  Yes. Explain:

| **None.** |
| --- |
|  |

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**                                                Case number (if known) _____

| 1. | **Additional Employers** | **Debtor 1** | | | | **Debtor 2 or non-filing spouse** | | |
|---|---|---|---|---|---|---|---|---|
| | Occupation | | | | | **Self-Employed** | | |
| | Employer's name | | | | | **Pure Romance Product Sales** | | |
| | Employer's address | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | City | State | Zip Code | | City | State | Zip Code |
| | How long employed there? | | | | | **2 Months** | | |

| 8h. | **Other Monthly Income (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Child Support / Substitute Teaching from Idalou ISD** | **$850.00** | **$600.00** |
| | **Net from Pure Romance Sales** | | **$100.00** |
| | Totals: | **$850.00** | **$700.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **Dustin** | **Keith** | **Linker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☑ Yes. Fill out this information
    Debtor 2.                                   for each dependent....................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **11** | ☐ No  ☑ Yes |
| **Daughter** | **9** | ☐ No  ☑ Yes |
| **Daughter** | **5** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include**          ☑ No
    **expenses of people other than**          ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4. _____ **$1,607.25**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a. Real estate taxes          4a. _____

    4b. Property, homeowner's, or renter's insurance          4b. _____

    4c. Home maintenance, repair, and upkeep expenses          4c. _____ **$100.00**

    4d. Homeowner's association or condominium dues          4d. _____

| | | |
|---|---|---|
| Debtor 1 | **Dustin Keith Linker** | |
| Debtor 2 | **Jamie Pettyjohn Linker** | Case number (if known) _____ |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$321.56** |
| | 6b. Water, sewer, garbage collection | 6b. | **$132.79** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$135.00** |
| | 6d. Other. Specify: **Cell Phone** | 6d. | **$337.99** |
| 7. | **Food and housekeeping supplies** | 7. | **$450.00** |
| 8. | **Childcare and children's education costs** | 8. | **$50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$275.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$75.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | _____ |
| | 15c. Vehicle insurance | 15c. | **$143.83** |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1   **C.U. of Texas (Ford F-250)** | 17a. | **$667.32** |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: _____ | 17c. | _____ |
| | 17d. Other. Specify: **Culligan Water** | 17d. | **$87.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **Dustin Keith Linker**

Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21.  Other.**  Specify: _____    21. **+** _____

**22.  Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$4,882.74** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$4,882.74** |

**23.  Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$4,896.29** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** **$4,882.74** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **$13.55** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Dustin** | **Keith** | **Linker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Dustin Keith Linker** | X **/s/ Jamie Pettyjohn Linker** |
|---|---|
| Dustin Keith Linker, Debtor 1 | Jamie Pettyjohn Linker, Debtor 2 |
| Date **11/23/2020** | Date **11/23/2020** |
| MM / DD / YYYY | MM / DD / YYYY |

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

In re **Dustin Keith Linker**            Case No. _____
      **Jamie Pettyjohn Linker**

                                                  Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **$4,016.00** |
| Prior to the filing of this statement I have received......................................................... | **$4,016.00** |
| Balance Due.................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
        ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:
        ☑ Debtor         ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]

**Preparation of Motions to Avoid Non-Possessory, Non-Purchase Money Security Interests and/or Judicial Liens under 11 U.S.C. 522(f); Reviewing and executing appropriate Reaffirmation Agreements; and Preparation of Motions to Redeem Collateral pursuant to 11 U.S.C. 722.**

**If this is a Chapter 13 case, the above fee also includes defending against a Motion for Relief from the Automatic Stay relative to the Debtor's (s') home and/or one motor vehicle. However, any additional motions that need to be defended against will require an additional fee. The above fee also includes filing one Motion to Reinstate the case if appropriate to the given situation.**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Any item not specifically listed in paragraph 5 above, including, but not limited to:  a)  Prosecuting any action for a determination of the dischargeability of an indebtedness; b)  Defending against any action that objects to the dischargeability of a debt or claim; c)  Defending against any action objecting to Discharge; d)  Defending against or prosecuting any action to avoid or recover any transfer of property made prior to the filing of the petition; e)  Appealing any adverse order or judgment and/or defending against an appeal taken by another party; and f)  Conversion of this case to another chapter.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/23/2020 | /s/ Sam C. Gregory | |
| --- | --- | --- |
| *Date* | *Sam C. Gregory* | Bar No.  00792547 |
| | Sam C. Gregory, PLLC | |
| | 2742 82nd Street | |
| | Lubbock, TX 79423-1428 | |
| | Phone: (806) 687-4357 / Fax: (806) 687-1866 | |

/s/ Dustin Keith Linker

**Dustin Keith Linker**

/s/ Jamie Pettyjohn Linker

**Jamie Pettyjohn Linker**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D),
    fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial** <br><br> Description of property securing debt: **2018 GMC Acadia (approx. 50,000 miles)** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☑ No <br> ☐ Yes |
| Creditor's name: **Conns** <br><br> Description of property securing debt: **Sectional Sofa** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Credit Union of Texas** <br><br> Description of property securing debt: **2012 Ford F-250 (approx. 140,285 miles)** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

Debtor 1   **Dustin Keith Linker**

Debtor 2   **Jamie Pettyjohn Linker**                      Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Flagstar Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Description of property securing debt: **Homestead** | | |
| Creditor's name: **GM Financial** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| Description of property securing debt: **2018 GMC Yukon (approx. 60,000 miles)** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                    **Will this lease be assumed?**

**None.**

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Dustin Keith Linker** _____     X **/s/ Jamie Pettyjohn Linker** _____

   Dustin Keith Linker, Debtor 1                          Jamie Pettyjohn Linker, Debtor 2

Date  **11/23/2020** _____                       Date  **11/23/2020** _____

     MM / DD / YYYY                                    MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE: **Dustin Keith Linker**                                    CASE NO
     **Jamie Pettyjohn Linker**
                                                           CHAPTER    **7**

## VERIFICATION OF MAILING LIST

     In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[  ] is the first mailing list filed in this case.

[  ] adds entities not listed on previously filed mailing list(s).

[  ] changes or corrects names and address on previously filed mailing lists.

Date  11/23/2020                                Signature  **/s/ Dustin Keith Linker**
                                                         **Dustin Keith Linker**

Date  11/23/2020                                Signature  **/s/ Jamie Pettyjohn Linker**
                                                         **Jamie Pettyjohn Linker**

Debtor(s):  **Dustin Keith Linker**          Case No:
            **Jamie Pettyjohn Linker**       Chapter: **7**

ADT
402874774
921 W 6th Street
Idalou, TX 79329-9044

ASCO Equipment
BP0057604
108 S Maple Street
Clovis, NM 88101

Chase
7358
Attn: Correspondence Dept.
P.O. Box 15298
Wilmington, DE 19850-5298

AES
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105

Best Buy / Citibank
3668
5800 S Corporate Pl
Sioux Falls, SD 57108

Conns
Attn: Bankruptcy
Bldg 4, Ste 800
2445 Technology Forest Blvd.
The Woodlands, TX 77381

Ahern Rentals
289852
P.O. Box 271390
Las Vegas, NV 89127-1390

Big Tex Plumbing & HVAC, Inc.
c/o Kyle Zimmerman, President
46 E. Canyonview Drive
Ransom Canyon, TX 79366

Credit Union of Texas
8215-0041
P.O. Box 7000
Allen, TX 75013-1305

Ainsworth Gorkin PLLC
P.O. Box 605
New York, NY 10038

Bigbeee & Curtis, LLC
P.O. Box 53068
Lubbock, TX 79453

Credit Union of Texas
Attn: Bankruptcy
P.O. Box 517028
Dallas, TX 75251

Ally Financial
611926298352
Attn: Bankruptcy Dept
P.O. Box 380902
Bloomington, MN 55438-0902

Border States Industries, Inc.
151380
P.O. Box 201889
Dallas, TX 75320-1889

David G Halley & Company, Inc.
302 S.E. Loop 289
Lubbock, TX 79404

Ally Financial
Attn: Bankruptcy Dept
P.O. Box 380901
Bloomington, MN 55438

Burlington / Comenity Bank
7788-4012-6286-2371
Attn: Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218

Discover
1769
Attn: Bankruptcy
P.O. Box 15316
Wilmington, DE 19850-5316

Amarillo National Bank
7000066449
Attn: Bankruptcy
P.O. Box 1
Amarillo, TX 79105

C & M Wholesale Supply, Inc.
5052
P.O. Box 3275
Lubbock, TX 79452

Distribution International
11020727
9000 Railwood Drive
Houston, TX 77078

Amarillo National Bank
1321
Attn: Bankruptcy
P.O. Box 1
Amarillo, TX 79105

Cabela's / Capital One
9517
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Dustin Keith Linker
921 W. 6th Street
Idalou, TX 79329

American Express
5063
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998

Capital One
6728
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Electracom Supply Inc.
102343
P.O. Box 16646
Lubbock, TX 79490-6646

ARS National Services Inc.
P.O. Box 469046
Escondido, CA 92046-9046

Caterpillar Financial
4583
P.O. Box 6403
Sioux Falls, SD 57117-6403

Fastenal Company
TXLUB1877
P.O. Box 978
Winona, MN 55987-0978

Debtor(s): **Dustin Keith Linker**
**Jamie Pettyjohn Linker**

Case No:
Chapter: **7**

NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

Fed Ex
P.O. Box 94515
Palatine, IL 60094

Insco Distributing
10033416
P.O. Box 690610
San Antonio, TX 78269

Lou's Clinical Lab, Inc.
3804 21st Street Suite B
Lubbock, TX 79410

Ferguson
217206
6002 42nd Street
Lubbock, TX 79407-0000

IRS (Internal Revenue Service)
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Lubbock Central App. Dist.
R94530
c/o Laura Monroe
P.O. Box 817
Lubbock, TX 79408

First Bank & Trust
4009835117 & 4009872527
9816 Slide Rd
Lubbock TX 79424

Jamie Pettyjohn Linker
921 W. 6th Street
Idalou, TX 79329

Lubbock Electric Co.
004596
1108 34th Street
Lubbock, TX 79411

Flagstar Bank
Attn: Mortgage Servicing
E115-3
5151 Corporate Drive
Troy, MI 48098-2639

Johnstone Supply
0020390
9311 Broadway, Ste 200
San Antonio, TX 78217

Martins Sheet Metal
2564
P.O. Box 64815
Lubbock, TX 79464

GM Financial
Attn: Bankruptcy
P.O. Box 183853
Arlington, TX 76096

Justice / Capital One
7874
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Marvin Ben-Aron, Esq.
Attorney at Law
2713 Coney Island Ave
Brooklyn, NY 11235

Goodman Distribution, Inc.
19001 Kermier Rd.
Waller, TX 77484

Kohl's
078-6776-963
Attn: Credit Administrator
P.O. Box 3043
Milwaukee, WI 53201

McCleskey, Harriger, Brazill & (
5010 University Ave, Suite 500
Lubbock, TX 79413

Grainger
201 Freedom Dr.
Roanoke, TX 76262

Kyle Cosby
3310 47th Street
Lubbock, TX 79413

Mercury County Insurance
27200 Tourney Rd., Suite 400
Valencia, CA 91355

Great Plains Equipment Rental
1485
802 E 34th Street
Lubbock, TX 79404

Kyle Zimmerman
46 E. Canyonview Drive
Ransom Canyon, TX 79366

Morrison Supply Company
67443
141 East 42nd Street
Lubbock, TX 79404-3401

High Plains Concrete
3200 Canyon Street
Plainview, TX 79072

Lane Bryant / Comenity Bank
5811
Attn: Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218

O'Tool Industries
P.O. Box 1917
Lubbock, TX 79408

Hoyle Partain & Company, LLC
2721 81st Street
Lubbock, TX 79423

Lennox
1600 Metrocrest Dr.
Carrollton, TX 75006

Oberkampf Supply of Lubbock
BIGTEX0
P.O. Box 98540
Lubbock, TX 79499

Debtor(s): Dustin Keith Linker
Jamie Pettyjohn Linker

Case No:

Chapter: 7

Office of the U.S. Attorney
Attorney-In-Charge
1205 Texas
Lubbock, Texas 79401

Square Loan
29053 Network Place
Chicago, IL 60673

Verizon Connect Fleet USA, LLC
1000764881
1100 Winter Street
Suite 4600
Waltham, MA 02451

Peerless Tires
2302 50th Street
Lubbock, TX 79412

Suddenlink
07710-137064-01-8
200 Jericho Quadrangle
Jericho, NY 11753-2701

W&W AFCO Steel
A-41434
P.O. Box 2219
Lubbock, TX 79408

Plateau Wireless
3200 Olton Rd.
Plainview, TX 79072

Texas Comptroller of Public Acc
c/o Office of the Attorney Gene
Bankruptcy Division MC-008
PO Box 12548
Austin TX 78711-2548

Warren Cat
0761476
P.O. Box 842116
Dallas, TX 75284-2116

Premier Capital Funding, LLC
9265 4th Ave, 2nd Floor
Brooklyn, NY 11209

Texas Tool & Equipment
3102 Ave A
Lubbock, TX 79404

Watermaster Irrigation Supply
227183
P.O. Box 64208
Lubbock, TX 79464-4208

Quill
7693781
P.O. Box 37600
Philadelphia, PA 19101-0600

The Home Depot / Citibank
Centralized Bankruptcy
P.O. Box 790040
St. Louis, MO 63179

Wex
1 Hancock Street
Portland, ME 04101

Robert Madden Industries
596348
P.O. Box 64360
Lubbock, TX 79464

Trane
c/o Hutt & Shimanowitz
P.O. Box 648
Woodbridge, NJ 07095

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484

Silverline Services
1711 W County Road 140
Midland, TX 79706

Transporatation Rental Sales
3531 2nd Street SW
Albuquerque, NM 87105

Snook & Aderton, Inc.
L05090
1702 Ave F
Lubbock, TX 79401-5241

Uline
P.O. Box 88741
Chicago, IL 60680

Spartan Tool, LLC
358479
1506 W Division
Mendota, IL 61342

UniFirst Holdings, Inc.
1727 E 8th Street
Lubbock, TX 79403

Sprint
535199852
P.O. Box 629023
El Dorado Hill, CA 95762

United Rentals
1356442
6125 Lakeview Road
Suite 300
Charlotte, NC 28269

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin** | **Keith** | **Linker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jamie** | **Pettyjohn** | **Linker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                    12/15

File this supplement together with **Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1)**, if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

## Part 1:     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

## Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.    Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Go to line 3.

       ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No.    Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

           ☐ **I am performing a homeland defense activity for at least 90 days.**

           ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 __**Dustin**__ __**Keith**__ __**Linker**__
First Name / Middle Name / Last Name

Debtor 2 __**Jamie**__ __**Pettyjohn**__ __**Linker**__
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number _____
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1  **Dustin Keith Linker**

Debtor 2  **Jamie Pettyjohn Linker**

Case number (if known) _____

| Column A | Column B |
|---|---|
| *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➡  _____    _____

6.  **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➡  _____    _____

7.  **Interest, dividends, and royalties**    _____    _____

8.  **Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you................................................................... _____

For your spouse.......................................................... _____

9.  **Pension or retirement income.**  Do not include any amount received that    _____    _____
was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

Debtor 1 **Dustin Keith Linker**

Debtor 2 **Jamie Pettyjohn Linker**

Case number (if known) _____

| Column A | Column B |
|---|---|
| Debtor 1 | Debtor 2 or non-filing spouse |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____  _____  _____

_____  _____  _____

Total amounts from separate pages, if any.                + _____  + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

[     ] + [     ] = [     ]

**Total current monthly income**

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** ➔ 12a. [     ]

Multiply by 12 (the number of months in a year).                                              X    12

12b. The result is your annual income for this part of the form.                              12b. [     ]

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.          [     ]

Fill in the number of people in your household.          [     ]

Fill in the median family income for your state and size of household..............................................................................  13. [     ]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

Debtor 1    **Dustin Keith Linker**
Debtor 2    **Jamie Pettyjohn Linker**                                    Case number (if known) _____

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.


X **/s/ Dustin Keith Linker**                              X **/s/ Jamie Pettyjohn Linker**
   Dustin Keith Linker, Debtor 1                              Jamie Pettyjohn Linker, Debtor 2


   Date **11/23/2020**                                        Date **11/23/2020**
        MM / DD / YYYY                                             MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.