IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

IN RE: § No. 20-50222
§
Dustin Keith Linker §
Jamie Linker § Chapter 7
§
DEBTOR(S) §

**EMPLOYEE INCOME RECORDS**

Attached hereto are redacted copies of Debtor's Employee Income Records for the 60 days immediately prior to filing in accord with 11 U.S.C. 521(a) (1) (B) (iv).

LT Equipment Sales Inc
908 S Ike Ave
TX 79756

Dustin K Linker
921 W 6th
Idalou, TX 79329

Direct Deposit

| Employee Pay Stub | | Check number: DD1004 | | | Pay Period: 09/15/2020 - 09/30/2020 | | Pay Date: 10/01/2020 |

**Employee**
Dustin K Linker, 921 W 6th, Idalou, TX 79329

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,351.39 | 13,405.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -95.00 | -380.00 |
| Social Security Employee | -207.79 | -831.15 |
| Medicare Employee | -48.60 | -204.39 |
| | -351.39 | -1,415.54 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******6562 | 3,000.00 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:60 | | 3:80 |
| YTD | | | |

Memo
Direct Deposit

**Net Pay**  3,000.00  12,000.00

KEVIN LANGDON                                                                                                              4846

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | | ***-**-6994 | Single | Fed-2/0 |
| | | | | | Pay Period: 10/05/2020 - 10/11/2020 | | Pay Date: 10/12/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 40:00 | 20.00 | 800.00 | 800.00 |
| over time | 4:00 | 30.00 | 120.00 | 120.00 |
| | 44:00 | | 920.00 | 920.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -78.00 | -78.00 |
| Social Security Employee | -57.04 | -57.04 |
| Medicare Employee | -13.34 | -13.34 |
| | -148.38 | -148.38 |

| Net Pay | 771.62 | 771.62 |
|---|---|---|

Hinton Well Service, 617 Ave. E, Ralls, TX 79357                                           Powered by Intuit Payroll

KEVIN LANGDON                                                                                                              4862

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | | ***-**-6994 | Single | Fed-2/0 |
| | | | | | Pay Period: 10/12/2020 - 10/18/2020 | | Pay Date: 10/19/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 44:00 | 20.00 | 880.00 | 1,680.00 |
| over time | | | 0.00 | 120.00 |
| | 44:00 | | 880.00 | 1,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -73.00 | -151.00 |
| Social Security Employee | -54.56 | -111.60 |
| Medicare Employee | -12.76 | -26.10 |
| | -140.32 | -288.70 |

| Net Pay | 739.68 | 1,511.30 |
|---|---|---|

Hinton Well Service, 617 Ave. E, Ralls, TX 79357                                           Powered by Intuit Payroll

KEVIN LANGDON                                                                                                              4872

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | | ***-**-6994 | Single | Fed-2/0 |
| | | | | | Pay Period: 10/19/2020 - 10/25/2020 | | Pay Date: 10/26/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 40:00 | 20.00 | 800.00 | 2,480.00 |
| over time | | | 0.00 | 120.00 |
| | 40:00 | | 800.00 | 2,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -215.00 |
| Social Security Employee | -49.60 | -161.20 |
| Medicare Employee | -11.60 | -37.70 |
| | -125.20 | -413.90 |

| Net Pay | 674.80 | 2,186.10 |
|---|---|---|

Hinton Well Service, 617 Ave. E, Ralls, TX 79357                                           Powered by Intuit Payroll

**KEVIN LANGDON** 4877

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | | ***-**-6994 | Single | Fed-2/0 |
| | | | | | Pay Period: 10/26/2020 - 11/01/2020 | | Pay Date: 11/02/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 40:00 | 20.00 | 800.00 | 3,280.00 |
| over time | 4:00 | 30.00 | 120.00 | 240.00 |
| | 44:00 | | 920.00 | 3,520.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -78.00 | -293.00 |
| Social Security Employee | -57.04 | -218.24 |
| Medicare Employee | -13.34 | -51.04 |
| | -148.38 | -562.28 |

| Net Pay | 771.62 | 2,957.72 |
|---|---|---|

Hinton Well Service, 617 Ave. E, Ralls, TX 79357    Powered by **Intuit Payroll**

---

**KEVIN LANGDON** 4885

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | | ***-**-6994 | Married/(none) | Fed-2/0/TX-0/0 |
| | | | | | Pay Period: 11/02/2020 - 11/08/2020 | | Pay Date: 11/09/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 40:00 | 20.00 | 800.00 | 4,080.00 |
| over time | 3:05 | 30.00 | 92.50 | 332.50 |
| | 43:05 | | 892.50 | 4,412.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -52.00 | -345.00 |
| Social Security Employee | -55.34 | -273.58 |
| Medicare Employee | -12.94 | -63.98 |
| | -120.28 | -682.56 |

| Net Pay | 772.22 | 3,729.94 |
|---|---|---|

Hinton Well Service, 617 Ave. E, Ralls, TX 79357    Powered by **Intuit Payroll**

KEVIN LANGDON 4897

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Dustin K Linker, 921 W 6th St, IDALOU, TX 79329 | | | | ***-**-6994 | Married/(none) | Fed-2/0/TX-0/0 |
| | | | | Pay Period: 11/09/2020 - 11/15/2020 | | Pay Date: 11/16/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| hourly | 40:00 | 20.00 | 800.00 | 4,880.00 |
| over time | 2:53 | 30.00 | 86.50 | 419.00 |
| | 42:53 | | 886.50 | 5,299.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -51.00 | -396.00 |
| Social Security Employee | -54.96 | -328.54 |
| Medicare Employee | -12.86 | -76.84 |
| | -118.82 | -801.38 |

| Net Pay | 767.68 | 4,497.62 |
|---|---|---|

Hinton Well Service, 617 Ave. E. Ralls. TX 79357

Powered by Intuit Payroll